THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE WEST-
ERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY,
Appellant, *v.* EGBERT E. WOODBURY et al., Constituting
the STATE BOARD OF TAX COMMISSIONERS, Defendants, and
THE CITY OF ROCHESTER, Respondent.

*People ex rel. Western N. Y. & P. Ry. Co.* v. *Woodbury,* 133 App. Div.
503, affirmed.
(Argued February 6, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 4, 1909, which reversed an order of Special Term denying a motion to quash a writ of certiorari to review the valuation of the relator's special franchises in the city of Rochester and granted said motion.

*Ernest C. Whitbeck* and *Frank Rumsey* for appellant.

*William W. Webb, Corporation Counsel,* for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-
LETT, HISCOCK, CHASE and COLLIN, JJ.